**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SANTINI, ANTHONY D. § Case No. 10-75806
      SANTINI, CYNTHIA L. §
       §
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/21/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/08/2012            By:  /s/JAMES E. STEVENS
                                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: SANTINI, ANTHONY D. | § | Case No. 10-75806 |
| SANTINI, CYNTHIA L. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.00 |
| *and approved disbursements of* | $ 1,561.77 |
| *leaving a balance on hand of* [1] | $ 5,438.23 |

**Balance on hand:** $ 5,438.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10S | Harris N.A. as assignee for Amcore Bank N.A. | 50,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,438.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,450.00 | 0.00 | 1,450.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 2,179.50 | 0.00 | 2,179.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 127.86 | 0.00 | 127.86 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,757.36 |
| Remaining balance: | $ 1,680.87 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,680.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,680.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 161,863.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 33,728.26 | 0.00 | 350.26 |
| 2 | Capital One Bank (USA), N.A. | 12,041.19 | 0.00 | 125.04 |
| 3 -2 | Chase Bank USA, N.A. | 22,217.78 | 0.00 | 230.72 |
| 4 | Chase Bank USA, N.A. | 15,275.92 | 0.00 | 158.63 |
| 5 -2 | Chase Bank USA, N.A. | 22,536.51 | 0.00 | 234.03 |
| 6 | Chase Bank USA,N.A | 1,465.35 | 0.00 | 15.22 |
| 7 | American Express Centurion Bank | 1,172.02 | 0.00 | 12.17 |
| 8 | TD Retail Card Services | 1,102.97 | 0.00 | 11.45 |
| 9 | PYOD LLC its successors and assigns as assignee of | 1,840.52 | 0.00 | 19.11 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10U | Harris N.A. as assignee for Amcore Bank N.A. | 20,331.32 | 0.00 | 211.13 |
| 11 | FIA Card Services, NA/Bank of America | 16,163.05 | 0.00 | 167.85 |
| 12 | FIA Card Services, NA/Bank of America | 13,988.14 | 0.00 | 145.26 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,680.87 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-75806-MB
Anthony D. Santini                                                  Chapter 7
Cynthia L. Santini
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 3          Date Rcvd: Oct 12, 2012
                              Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2012.
```
db          #+Anthony D. Santini,     7532 Grace Dr.,    Roscoe, IL 61073-8534
jdb         #+Cynthia L. Santini,     7532 Grace Dr.,    Roscoe, IL 61073-8534
16466926      American Express,    BOX 0001,    Los Angeles, CA 90096-0001
16863497      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16466930     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     P.O. Box 9223,    Farmington, MI 48333)
16466928      Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
16466929     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
16703961      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16807551     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16554019     +Chrysler Financial Services Americas LLC,    % Riezman Berger PC,    7700 Bonhomme Ave  7th Flr,
               St Louis, MO 63105-1960
16466931     +HSBC Bergners,    PO BOX 15521,    Wilmington, DE 19850-5521
16973089     +Harris N.A. as assignee for Amcore Bank N.A.,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,
               Chicago, IL 60603-1526
16965710     +Harris NA assignee of,    Amcore Bank NA,    % Fred R Harbecke,    29 S LaSalle St  Ste 945,
               Chicago, Il 60603-1526
16466933      New York & Company,    PO Box 18122,    Columbus, OH 43218-0122
16466934     +Sears Card,    P.O. Box 6924,    The Lakes, NV 88901-6924
16904918     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
16466935      Yard Card,    P.O. Box 609,    Memphis, TN 38101-0609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16730334      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2012 00:38:06      Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
17050236      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2012 00:38:05
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16466932     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2012 00:27:26      Kohls/Chase,
               N56W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
16905272     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 13 2012 00:26:14
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16466925    ##+Amcore Bank,    1210 S. Alpine Rd,    Rockford, IL 61108-3946
16466927     ##BANK AMERICA*,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                        TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: kkrystave            Page 2 of 3            Date Rcvd: Oct 12, 2012
                              Form ID: pdf006            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave           Page 3 of 3            Date Rcvd: Oct 12, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2012 at the address(es) listed below:

        Brian A Hart    on behalf of Debtor Anthony Santini brian@joneshart.com, vanessa@rockfordbankruptcy.com
        Fred R Harbecke    on behalf of Creditor  Harris N.A. fredrharbecke@sbcglobal.net
        Gloria C  Tsotsos    on behalf of Creditor  PHH Mortgage Corporation nd-three@il.cslegal.com
        James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
        James E Stevens    jimstevens@bslbv.com,  IL48@ecfcbis.com
        Kathryn A Klein    on behalf of Creditor  Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 7