**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SANTINI, ANTHONY D.    § | Case No. 10-75806 |
| SANTINI, CYNTHIA L.    § | |
| § | |
| Debtor(s)    § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $371,350.00                Assets Exempt: $73,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,680.87    Claims Discharged
                                              Without Payment: $189,729.16

Total Expenses of Administration: $5,319.13

---

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $293,311.00 | $50,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,319.13 | 5,319.13 | 5,319.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,894.00 | 206,617.32 | 161,863.03 | 1,680.87 |
| **TOTAL DISBURSEMENTS** | $391,205.00 | $261,936.45 | $167,182.16 | $7,000.00 |

4) This case was originally filed under Chapter 7 on November 24, 2010. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2013          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1.7 acres in Eagle River, WI | 1110-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S | Harris N.A. as assignee for Amcore Bank N.A. | 4110-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 49,360.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 213,666.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 8,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 21,685.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$293,311.00** | **$50,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,450.00 | 1,450.00 | 1,450.00 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 2,179.50 | 2,179.50 | 2,179.50 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3120-000 | N/A | 127.86 | 127.86 | 127.86 |
| Northwoods Title & Closing Services, LLC | 2500-000 | N/A | 98.44 | 98.44 | 98.44 |
| Northwoods Title & Closing Services, LLC | 3510-000 | N/A | 490.00 | 490.00 | 490.00 |
| Northwoods Title & Closing Services, LLC | 2500-000 | N/A | 432.33 | 432.33 | 432.33 |
| Northwoods Title & Closing Services, LLC | 2500-000 | N/A | 375.00 | 375.00 | 375.00 |
| Northwoods Title & Closing Services, LLC | 2500-000 | N/A | 91.00 | 91.00 | 91.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,319.13 | $5,319.13 | $5,319.13 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 33,728.26 | 33,728.26 | 350.26 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 11,556.00 | 12,041.19 | 12,041.19 | 125.04 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 22,217.78 | 0.00 | 0.00 |
| 3 -2 | Chase Bank USA, N.A. | 7100-000 | N/A | 22,217.78 | 22,217.78 | 230.72 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 15,275.92 | 15,275.92 | 158.63 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 22,536.51 | 0.00 | 0.00 |
| 5 -2 | Chase Bank USA, N.A. | 7100-000 | 55,000.00 | 22,536.51 | 22,536.51 | 234.03 |
| 6 | Chase Bank USA,N.A | 7100-000 | 1,493.00 | 1,465.35 | 1,465.35 | 15.22 |
| 7 | American Express Centurion Bank | 7100-000 | 298.00 | 1,172.02 | 1,172.02 | 12.17 |
| 8 | TD Retail Card Services | 7100-000 | N/A | 1,102.97 | 1,102.97 | 11.45 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,840.52 | 1,840.52 | 19.11 |
| 10U | Harris N.A. as assignee for Amcore Bank N.A. | 7100-000 | N/A | 20,331.32 | 20,331.32 | 211.13 |
| 11 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 16,163.05 | 16,163.05 | 167.85 |
| 12 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 13,988.14 | 13,988.14 | 145.26 |
| NOTFILED | New York & Company | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | Yard Card | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 1,149.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK AMERICA* | 7100-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bergners | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $97,894.00 | $206,617.32 | $161,863.03 | $1,680.87 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75806  
**Case Name:** SANTINI, ANTHONY D.  
SANTINI, CYNTHIA L.  
**Period Ending:** 01/09/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/24/10 (f)  
**§341(a) Meeting Date:** 12/27/10  
**Claims Bar Date:** 04/06/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at: 7532 Grace Dr., Roscoe I | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1.7 acres in Eagle River, WI | 30,000.00 | 30,000.00 | | 7,000.00 | FA |
| 3 | Checking account with Blackhawk Bank | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wine collection | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 7 | 401k with American | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401k with Jackson | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Chase stock | 750.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 Jeep Laredo | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Jeep Cherokee | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1986 Smoker Craft 14' boat with 25 HP Motor | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2002 Polaris 250 ATV | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$401,350.00** | **$30,000.00** | | **$7,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2011   **Current Projected Date Of Final Report (TFR):** October 8, 2012 (Actual)

Printed: 01/09/2013 06:39 AM   V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-75806 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | SANTINI, ANTHONY D. | | Bank Name: | The Bank of New York Mellon |
| | SANTINI, CYNTHIA L. | | Account: | 9200-******84-66 - Checking Account |
| Taxpayer ID #: | **-***4455 | | Blanket Bond: | $178,000.00 (per case limit) |
| Period Ending: | 01/09/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/12/12 | | Northwoods Title & Closing Services, LLC | proceeds sale of Eagle River Wisconsin property | | 5,513.23 | | 5,513.23 |
| | {2} | | total consideration        7,000.00 | 1110-000 | | | 5,513.23 |
| | | | county tax prorations         -98.44 | 2500-000 | | | 5,513.23 |
| | | | commission                    -490.00 | 3510-000 | | | 5,513.23 |
| | | | delinquent real estate       -432.33 taxes 2010 and 2011 | 2500-000 | | | 5,513.23 |
| | | | title policy                   -375.00 | 2500-000 | | | 5,513.23 |
| | | | recording and escrow           -91.00 charges | 2500-000 | | | 5,513.23 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,488.23 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,463.23 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,438.23 |
| 11/21/12 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $2,179.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,179.50 | 3,258.73 |
| 11/21/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $127.86, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 127.86 | 3,130.87 |
| 11/21/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,450.00, Trustee Compensation; Reference: | 2100-000 | | 1,450.00 | 1,680.87 |
| 11/21/12 | 104 | Chase Bank USA, N.A. | Dividend paid 1.03% on $33,728.26; Claim# 1; Filed: $33,728.26; Reference: | 7100-000 | | 350.26 | 1,330.61 |
| 11/21/12 | 105 | Capital One Bank (USA), N.A. | Dividend paid 1.03% on $12,041.19; Claim# 2; Filed: $12,041.19; Reference: | 7100-000 | | 125.04 | 1,205.57 |
| 11/21/12 | 106 | Chase Bank USA, N.A. | Dividend paid 1.03% on $22,217.78; Claim# 3-2; Filed: $22,217.78; Reference: | 7100-000 | | 230.72 | 974.85 |
| 11/21/12 | 107 | Chase Bank USA, N.A. | Dividend paid 1.03% on $15,275.92; Claim# 4; Filed: $15,275.92; Reference: | 7100-000 | | 158.63 | 816.22 |
| 11/21/12 | 108 | Chase Bank USA, N.A. | Dividend paid 1.03% on $22,536.51; Claim# 5-2; Filed: $22,536.51; Reference: | 7100-000 | | 234.03 | 582.19 |
| 11/21/12 | 109 | Chase Bank USA,N.A | Dividend paid 1.03% on $1,465.35; Claim# 6; Filed: $1,465.35; Reference: | 7100-000 | | 15.22 | 566.97 |
| 11/21/12 | 110 | American Express Centurion Bank | Dividend paid 1.03% on $1,172.02; Claim# 7; Filed: $1,172.02; Reference: | 7100-000 | | 12.17 | 554.80 |
| 11/21/12 | 111 | TD Retail Card Services | Dividend paid 1.03% on $1,102.97; Claim# 8; Filed: $1,102.97; Reference: | 7100-000 | | 11.45 | 543.35 |
| 11/21/12 | 112 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.03% on $1,840.52; Claim# 9; Filed: $1,840.52; Reference: | 7100-000 | | 19.11 | 524.24 |

Subtotals :    $5,513.23    $4,988.99

{} Asset reference(s)

Printed: 01/09/2013 06:39 AM    V.13.11

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-75806  
**Case Name:** SANTINI, ANTHONY D.  
SANTINI, CYNTHIA L.  
**Taxpayer ID #:** **-***4455  
**Period Ending:** 01/09/13  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******84-66 - Checking Account  
**Blanket Bond:** $178,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/12 | 113 | Harris N.A. as assignee for Amcore Bank N.A. | Dividend paid   1.03% on $20,331.32; Claim# 10U; Filed: $20,331.32; Reference: | 7100-000 | | 211.13 | 313.11 |
| 11/21/12 | 114 | FIA Card Services, NA/Bank of America | Dividend paid   1.03% on $16,163.05; Claim# 11; Filed: $16,163.05; Reference: | 7100-000 | | 167.85 | 145.26 |
| 11/21/12 | 115 | FIA Card Services, NA/Bank of America | Dividend paid   1.03% on $13,988.14; Claim# 12; Filed: $13,988.14; Reference: | 7100-000 | | 145.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,513.23 | 5,513.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,513.23 | 5,513.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,513.23** | **$5,513.23** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******84-66** | 5,513.23 | 5,513.23 | 0.00 |
| | **$5,513.23** | **$5,513.23** | **$0.00** |

{} Asset reference(s)

Printed: 01/09/2013 06:39 AM    V.13.11